**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Harlando Omar CARR, Defendant–
Appellant.**

**No. 12–6242.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 2, 2012.

Decided: April 11, 2012.

Matthew Gridley Pruden, Tin, Fulton, Walker & Owen, PLLC, Charlotte, North Carolina, for Appellant. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harlando Omar Carr appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Legree*, 205 F.3d 724, 728–29 (4th Cir.2000); *United*

*States v. Carr*, No. 5:96–cr–00020–H–1 (E.D.N.C. Jan. 26, 2012). We deny the motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*